UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY RAY VOLK,<br><br>                     Petitioner,<br><br>   v.<br><br>PAT GLEBE,<br><br>                     Respondent. | No. C11-5821 BHS/KLS<br><br>ORDER TO SHOW CAUSE |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. This matter comes before the Court on Petitioner's application to proceed *in forma pauperis* (IFP) and Petition for writ of habeas corpus under 28 U.S.C. § 2241. To file a petition and initiate legal proceedings, Petitioner must pay a filing fee of $5.00 or file a proper application to proceed IFP. Based on the information provided by Petitioner, however, the Court is unable to determine whether he should be granted leave to proceed IFP.

In his application, Petitioner states that he earns $47.00 per month at the Stafford Creek Corrections Center. ECF No. 4 at 1. Petitioner's prison trust account statement indicates that he has average monthly receipts of $194.80 and an average spendable balance of $61.62. It is unclear, however, whether the amount shown as the average spendable balance is a negative or a positive balance. In addition, the Certification dated October 12, 2011 that is included in Petitioner's IFP application states that he has the sum of $0.00 to his credit. *Id.* at 2.

Accordingly, it is **ORDERED:**

ORDER TO SHOW CAUSE - 1

(1) Mr. Volk shall pay the filing fee of $5.00 or provide the Court with additional information as to his financial status as noted above, **on or before November 25, 2011.**

(2) The Clerk is directed to send a copy of this Order to Petitioner.

DATED  18th  day of October, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER TO SHOW CAUSE  - 2