UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY RAY VOLK,

              Petitioner,

v.

PATRICK R. GLEBE,

              Respondent.

NO. C11-5821 BHS/KLS

ORDER GRANTING EXTENSION OF TIME TO PAY FILING FEE

On October 19, 2011, Petitioner was ordered to pay the filing fee of $5.00 or provide the Court with additional information as to his financial status on or before November 25, 2011. ECF No. 6. On October 27, 2011, Petitioner filed a motion for extension of time within which to pay the $5.00 filing fee. Petitioner states that he will not receive his next monthly paycheck from the Department of Corrections until November 15, 2011 and requests that his deadline be extended to December 15, 2011, to allow time for the accounting office to forward his check. ECF No. 7.

Accordingly, it is **ORDERED** that the Petitioner's motion for an extension of time to pay the $5.00 filing fee (ECF No. 7) is **GRANTED;** he shall pay the $5.00 filing fee **on or before December 15, 2011.**

**DATED** this 4th day of November, 2011.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER      1