UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BILLY RAY VOLK,<br><br>                Petitioner,<br><br>   v.<br><br>PAT GLEBE,<br><br>                Respondents | NO. C11-5821 BHS/KLS<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

Before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. ECF No. 16. Petitioner did not file a response to the motion.

Respondent's Answer was due on January 16, 2012. At the time Respondent filed his motion for an extension, he had not yet received the records from the Washington state courts and requested an extension until February 15, 2012 to file his response. *Id.* On January 25, 2012, Respondent filed his answer and submitted the relevant state court record. ECF Nos. 17 and 18. The Clerk noted the petition for the Court's consideration four Fridays later.

Accordingly, is **ORDERED:**

(1) Respondent's motion for extension of time (ECF No. 16) is **GRANTED;** his response shall be due on or before **January 25, 2012.**

(2) Petitioner may file a reply **on or before February 17, 2012.**

ORDER         1

1  (3)  The Clerk shall send copies of this Order to Petitioner and counsel for
2  Respondent.
3
4  **DATED** this  30th  day of January, 2012.
5
6  *Karen L. Strombom* (signature)
   Karen L. Strombom
7  United States Magistrate Judge

ORDER  2