UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BILLY RAY VOLK,

    Petitioner,

v.

PAT GLEBE,

    Respondent.

CASE NO. C11-5821 BHS

ORDER ADOPTING THE REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 21) and Petitioner Billy Ray Volk's ("Volk") objections to the R&R (Dkt. 22).

On March 29, 2012, Judge Strombom issued the R&R recommending that the Court dismiss Volk's petition with prejudice because the petition is time barred and Volk is not entitled to equitable tolling. Dkt. 21. Volk objects and argues that he is entitled to equitable tolling because he is actually innocent. Dkt. 22. He bases his claim of actual innocence on a DNA report (Dkt. 2-1, at 21-22) and the victim's conflicting testimony whether the rape ever actually occurred. The Court agrees with Judge Strombom that this evidence does not meet the high burden of actual innocence. Dkt. 22 at 8.

1     The Court having considered the R&R, Volk's objections, and the remaining

2 record, does hereby find and order as follows:

3     (1)     The R&R is **ADOPTED**;

4     (2)     Volk's petition is **DISMISSED with prejudice**; and

5     (3)     A Certificate of Appealability is **DENIED.**

6 Dated this 14th day of May, 2012.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge